Gregory Boden (SBN: 301779)
gregory.boden@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Gregory Lantier (*pro hac vice* application forthcoming)
gregory.lantier@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6327
Facsimile: (202) 663-6363

Attorneys for Defendant
UNIVERSAL WILDE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURED MAIL SOLUTIONS LLC,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSAL WILDE, INC.,<br><br>　　　　　　Defendant. | Case No. 2:15-cv-07562-DOC-GJS<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER 35 U.S.C. § 101**<br><br>Hon. David O. Carter<br>Date:　December 28, 2015<br>Time:　8:30 AM<br>Courtroom:　9D |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that on December 28, 2015 at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable David O. Carter (Courtroom 9D, 411 West Fourth Street, Santa Ana, CA), Defendant Universal Wilde, Inc. ("Defendant") will and hereby does move the Court to dismiss Plaintiff Secured Mail Solutions, LLC's ("Plaintiff") complaint pursuant to 35 U.S.C. § 101.

This motion is made following the meet and confer of counsel on November 16, 2015 pursuant to L.R. 7-3.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, a [Proposed] Order granting the motion, and such other authorities and arguments as may be submitted in any reply or at any hearing.

Dated:  November 23, 2015     WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/*Gregory Boden*

Gregory Boden
Gregory Lantier (*pro hac vice* application forthcoming)

Attorneys for Defendant

-1-
NOTICE OF MOTION AND MOTION TO DISMISS
Case No. 2:15-cv-07562-DOC-GJS