1  Gregory Boden (SBN: 301779)
   gregory.boden@wilmerhale.com
2  WILMER CUTLER PICKERING
      HALE AND DORR LLP
3  350 South Grand Avenue, Suite 2100
   Los Angeles, CA 90071
4  Telephone: (213) 443-5300
   Facsimile: (213) 443-5400
5
   Gregory Lantier (*pro hac vice* application forthcoming)
6  gregory.lantier@wilmerhale.com
   WILMER CUTLER PICKERING
7     HALE AND DORR LLP
   1875 Pennsylvania Avenue, NW
8  Washington, DC 20006
   Telephone: (202) 663-6327
9  Facsimile: (202) 663-6363

10 Attorneys for Defendant
   UNIVERSAL WILDE, INC.
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURED MAIL SOLUTIONS LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSAL WILDE, INC.,<br><br>　　　　　Defendant. | Case No. 2:15-cv-07562-DOC-GJS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER 35 U.S.C. § 101**<br><br>Hon. David O. Carter<br>Date: December 28, 2015<br>Time: 8:30 AM<br>Courtroom: 9D |

**[PROPOSED] ORDER**

The Court having read and considered Defendant's Motion to Dismiss makes the following Order:

It is hereby ORDERED that:

1. Secured Mail Solutions LLC's infringement claims with respect to U.S. Patent Nos. 8,429,093; 8,910,860; 9,105,002; 8,260,629; 7,818,268; 7,814,032; and 8,073,787 are hereby dismissed, and all claims of those patents are hereby invalidated pursuant to 35 U.S.C. § 101.

**SO ORDERED** this ___day of _____, 2015

_____
David O. Carter
United States District Judge