Name and address:
Gregory Lantier
gregory.lantier@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Ave NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Secured Mail Solutions LLC | CASE NUMBER |
| v.  Plaintiff(s) | 2:15-cv-07562-DOC-GJS |
| Universal Wilde, Inc. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lantier, Gregory H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of  Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006

202-663-6327          202-663-6363
*Telephone Number*   *Fax Number*

*Firm Name & Address*

Gregory.Lantier@wilmerhale.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Universal Wilde, Inc.

*Name(s) of Party(ies) Represented*     ☐ Plaintiff   ☒ Defendant   ☐ Other: _____

and designating as Local Counsel

Boden, Gregory P.
*Designee's Name (Last Name, First Name & Middle Initial)*

of  Wilmer Cutler Pickering Hale and Dorr
350 South Grand Avenue
Suite 2100
Los Angeles, CA 90071

301779
*Designee's Cal. Bar Number*

213-443-5300
*Telephone Number*

213-443-5400
*Fax Number*

*Firm Name & Address*

Gregory.Boden@wilmerhale.com
*E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☐ DENIED.  Fee shall be returned by the Clerk.
☐ DENIED, for failure to pay the required fee.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge